# IN THE SUPREME COURT OF PENNSYLVANIA
# EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 26 EAP 2022

    Appellant

    v.

D.T.,

    Appellee

: Appeal from the Order entered on December 20, 2021, in the Court of Common Pleas of Philadelphia County, Criminal Division at No. MC-51-CR-0003668-2021.

COMMONWEALTH OF PENNSYLVANIA,  : No. 27 EAP 2022

    Appellant

    v.

D.T.,

    Appellee

: Appeal from the Orders entered on December 20, 2021, in the Court of Common Pleas of Philadelphia County, Criminal Division, at No. MC-51-CR-0003669-2021.

COMMONWEALTH OF PENNSYLVANIA,  : No. 28 EAP 2022

    Appellant

    v.

J.B.,

    Appellee

: Appeal from the Order entered on December 20, 2021, in the Court of Common Pleas of Philadelphia County, Criminal Division, at Nos. MC-51-CR-0019807-2021 and MC-51-CR-0019808-2021.

COMMONWEALTH OF PENNSYLVANIA,  : No. 29 EAP 2022

    Appellant

    v.

: Appeal from the Orders entered on December 20, 2021, in the Court of Common Pleas of Philadelphia

|  | : | County, Criminal Division, at Nos. |
|  | : | MC-51-CR-0019807-2021 and MC- |
| J.B., | : | 51-CR-0019808-2021. |
|  | : |  |
| Appellee | : |  |

## ORDER

**PER CURIAM**                                        **DECIDED: December 17, 2024**

**AND NOW**, this 17th day of December, 2024, as the above-captioned matters were not properly filed in this Court pursuant to 42 Pa.C.S. § 722(7),[1] and pursuant to our authority to transfer erroneously filed cases under Pa.R.A.P. 751(a),[2] these matters are **TRANSFERRED** to the Philadelphia County Court of Common Pleas.

---

[1] Section 722(7) provides the Supreme Court of Pennsylvania with "exclusive jurisdiction of appeals from final orders of the courts of common pleas in … [m]atters where the court of common pleas has held invalid as repugnant to the Constitution, treaties or laws of the United States, or to the Constitution of this Commonwealth, any treaty or law of the United States or any provision of the Constitution of, or of any statute of, this Commonwealth, or any provision of any home rule charter."  42 Pa.C.S. § 722(7).

[2] Rule 751(a) states:

> **General rule.** If an appeal or other matter is taken to or brought in a court or magisterial district which does not have jurisdiction of the appeal or other matter, the court or magisterial district judge shall not quash such appeal or dismiss the matter, but shall transfer the record thereof to the proper court of this Commonwealth, where the appeal or other matter shall be treated as if originally filed in transferee court on the date first filed in a court or magisterial district.

Pa.R.A.P. 751(a).